No. 1226. EL PUEBLO, APELADO, *v.* ROSADO, APELANTE.—Acometimiento y agresión graves. Mayagüez. Enero 21, 1918. *Confirmada la sentencia apelada.*

No. 213. MUÑOZ, PETICIONARIO, *v.* SEPÚLVEDA, JUEZ DISTRITO PONCE, DEMANDADO.—*Certiorari.* Enero 29, 1918. *Sin lugar la petición.*

No. 206. MORALES, PETICIONARIA, *v.* LÓPEZ ACOSTA, JUEZ DISRITO GUAYAMA, DEMANDADO. — *Certiorari* Febrero 1°., 1918. *Desistida la petición.*

No. 211. SCHLÜTER, PETICIONARIO, *v.* TEXIDOR, JUEZ DISTRITO SAN JUAN, SECCIÓN 1ª., DEMANDADO, Y MUÑOZ ET AL., INTERVENTORES. — *Certiorari.* Febrero 4, 1918. *Archivado el caso por carecer de finalidad práctica, visto el caso No. 210.*

No. 1230. EL PUEBLO, APELADO, *v.* LÓPEZ, APELANTE.—Infracción al artículo 8 de la Ley de Automóviles. Arecibo. Febrero 4, 1918. *Confirmada la sentencia apelada.*

No. 167. HOMAR, COLÓN & CÍA. ET AL., PETICIONARIOS, *v.* SEPÚLVEDA, JUEZ DISTRITO PONCE, DEMANDADO.—*Certiorari.* Febrero 5, 1918. *Desistida la petición y ordenada la devolución de los autos originales.*

No. 218. PEÑA, PETICIONARIO, *v.* CUEVAS ZEQUEIRA, JUEZ DISTRITO HUMACAO, DEMANDADO.—*Certiorari.* Febrero 5, 1918. *No ha lugar.*

No. 1231. EL PUEBLO, APELADO, *v.* RUIZ, APELANTE.—Homicidio voluntario. Ponce. Febrero 7, 1918. *Confirmada la sentencia apelada.*